IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEREME J. LATTIMER,**

    **Petitioner,**

**v.**     Case No. 1:20-cv-243-AW-GRJ

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

Jereme Lattimer, a state prisoner, has filed a § 2254 petition. The Secretary moved to dismiss, contending the claims are unexhausted and procedurally defaulted. ECF No. 6. The magistrate judge has issued a report and recommendation, concluding that dismissal is appropriate. ECF No. 8. There have been no objections. (The magistrate judge granted Lattimer's request for an extension on the objection deadline, ECF No. 10, but the extended deadline has now passed.)

Having fully considered the matter, I agree with the magistrate judge and conclude the petition cannot succeed. I also find no substantial showing of the denial of a constitutional right, so I deny a certificate of appealability. *See* 28 U.SC. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473 (2000).

It is now ORDERED:

1. The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2. The motion to dismiss (ECF No. 6) is GRANTED.

3. The clerk will enter a judgment that says, "The § 2254 petition is dismissed."

4. A certificate of appealability is DENIED.

5. The clerk will close the file.

SO ORDERED on August 31, 2021.

s/ *Allen Winsor*  
United States District Judge